**Opinion issued February 3, 2022**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-21-00397-CV

———————————

**JAMERE JACKSON AND LITTLEAFRICA.COM, LLP, Appellants**

**V.**

**MONICA F. JACKSON, Appellee**

---

**On Appeal from the 311th District Court**
**Harris County, Texas**
**Trial Court Case No. 2015-61110**

---

## MEMORANDUM OPINION

Appellants, Jamere Jackson and LittleAfrica.com, LLC, appealed from the trial court's April 22, 2021 Final Decree of Divorce. On November 17, 2021, appellants filed an unopposed motion to abate the appeal, stating that the parties had settled their dispute, but required additional time "to work on the required Global

Releases under the terms of the . . . Mediated Settlement Agreement." On December 9, 2021, the Court granted appellants' motion and abated the appeal.

Appellants have filed an unopposed motion to dismiss the appeal, stating that the conditions for dismissal have been met, and the parties' Mediated Settlement Agreement now required appellants "to dismiss their respective appeal[]." Appellants' motion further notes that as a part of the Mediated Settlement Agreement, the parties agreed that each party would bear their own costs, and the motion requests that the Clerk of this Court be directed to tax all costs against the party who incurred the same.

No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Appellants' motion includes a certificate of conference stating that appellee, Monica F. Jackson, is not opposed to the relief requested in the motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, we reinstate the appeal on the Court's active docket, grant appellants' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1); 43.2(f). We direct the Clerk of the Court that costs are to be taxed against the parties who incurred same. *See* TEX. R. APP. P. 42.1(d). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Rivas-Molloy, and Farris.